```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

GANNON LASSEIGNE                :
                                :
    Plaintiff,                  :    CIVIL ACTION
                                :
v.                              :    No. 1:14-CV-3156-TWT-ECS
                                :
MARY JO WHITE,                  :
Chairman of the Securities and  :
Exchange Commission             :
                                :
    Defendant.                  :
```

### ORDER, REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Defendant's motion to dismiss, [Doc. 10], and Plaintiff's consent motion to amend the complaint. [Doc. 26].

Upon consideration, Defendant consenting thereto, Plaintiff's consent motion to amend the complaint, [Doc. 26], is **GRANTED**. Plaintiff's amended complaint, [Doc. 26-1], shall be deemed filed as of the date of this order. The Clerk is **DIRECTED** to enter Plaintiff's amended complaint, [Doc. 26-1], as a separate entry on the docket in the instant case.

The filing of Plaintiff's amended complaint moots Defendant's motion to dismiss. "[A]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case." Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007); see also

AO 72A
(Rev.8/82)

ABATE of Ga., Inc. v. Georgia, 137 F. Supp. 2d 1349, 1353 (N.D. Ga. 2001) ("In light of the Plaintiffs having filed a Second Amended Complaint, the Motion to Dismiss the Amended Complaint is moot."), aff'd on other grounds, 264 F.3d 1315 (11th Cir. 2001) (per curiam). Accordingly, **IT IS RECOMMENDED** that Defendant's motion to dismiss, [Doc. 10], be **DENIED AS MOOT.**

    **SO ORDERED AND RECOMMENDED,** this 11th day of March, 2015.

                                              s/ *E. Clayton Scofield III*
                                              E. CLAYTON SCOFIELD III
                                              UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)