IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GANNON LASSEIGNE,

   Plaintiff,

    v.

MARY JO WHITE
as Chairman of the Securities and
Exchange Commission,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3156-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 10] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 10] is DENIED.

SO ORDERED, this 6 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Lasseigne\r&r.wpd