IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GANNON LASSEIGNE,
   Plaintiff,
     v.

MICHAEL S. PIWOWAR,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3156-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 95] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 84]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff cannot show a causal connection between his protected activity and his adverse performance evaluation. In addition, there is no evidence that the adverse performance evaluation was a pretext for retaliation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 84] is GRANTED.

SO ORDERED, this 13 day of June, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge